# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

A'Darrion Alexander    **Repayment Agreement and Order**    No: 1:22-CR-00037-006

On October 23, 2024, A'Darrion Alexander was sentenced to 18 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Alexander. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on October 23, 2024, I have been ordered to pay a total restitution of $139,579.00 and a special assessment of $100.00.

2.      On February 11, 2026, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on February 26, 2025. The current balance of my restitution is $134,760.72.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of May, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

| | |
|---|---|
| A'Darrion Alexander | 4-27-26 — Date |
| Amanda G. Reed, Re-Entry Specialist | 4-27-26 — Date |
| Assistant U.S. Attorney | 6/11/26 — Date |

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

Leslie Abrams Gardner
Chief U.S. District Judge

July 15, 2026
Date